DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YOLANDE BEAUBRUN,**
Appellant,

v.

**FRITZ BEAUBRUN,**
Appellee.

No. 4D17-3731

[October 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Goodman, Judge; L.T. Case No. 50-2016-DR-002563-XXXX-SB.

Carla P. Lowry of Lowry At Law, P.A., Fort Lauderdale, for appellant.

Daniel J. Rose of Daniel J. Rose, P.A., Delray Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***